UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Case No. 10-45791

JAMES L. WILSON, and                                           Chapter 13
RENAY C. WILSON,
                                                               Judge Thomas J. Tucker
              Debtors.
_____ /

**ORDER REGARDING THE OBJECTION OF
THE STATE OF MICHIGAN, DEPARTMENT OF TREASURY,
TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**

This case is before the Court on the objection filed by the State of Michigan, Department

of Treasury, to confirmation of Debtors' Chapter 13 Plan (Docket # 45). On July 7, 2010 the

Court filed a written opinion entitled "Opinion Regarding the Objection of The State of

Michigan, Department of Treasury, To Confirmation of Debtors' Chapter 13 Plan" (Docket #

83). For the reasons stated in the Court's written opinion,

IT IS ORDERED that the State of Michigan, Department of Treasury's objection to

confirmation (Docket # 45) is sustained to the extent the State objects to the Debtors' Plan's

fixing the allowed amount of the State's claim for the 2009 income tax, or to the Plan's deeming

the State to have filed a proof of claim for such tax, in any amount, when the State in fact has not

yet filed a claim and the time when the Debtors may file such a claim has not yet arrived.

IT IS FURTHER ORDERED that except to the extent stated in this Order, above, the

State's objection to confirmation is overruled.

**Signed on July 7, 2010**                    **/s/ Thomas J. Tucker**_____
                                             **Thomas J. Tucker**
                                             **United States Bankruptcy Judge**